

## Fourth Court of Appeals

### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00546-CV

**IN THE INTEREST OF A.J.E. AND A.N.E.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01611
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: November 2, 2022

DISMISSED FOR WANT OF JURISDICTION

On July 18, 2022, the trial court signed an order terminating Appellant's parental rights. Appellant's notice of appeal was due on August 8, 2022. Appellant's request for findings of fact and conclusions of law did not extend the deadline in this accelerated appeal. *See In re K.A.F.*, 160 S.W.3d 923, 925 (Tex. 2005). A motion for extension of time could have extended the time to invoke this court's jurisdiction until August 23, 2022. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). However, Appellant's notice of appeal was filed on August 25, 2022.

On September 27, 2022, we ordered Appellant to show cause as to why this appeal should not be dismissed for want of jurisdiction. Appellant timely responded with several reasons why this court should exercise its discretion to continue with the appeal. However, the issue is not

discretionary, and we must now dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 26.1(b); *Verburgt*, 959 S.W.2d at 617.

PER CURIAM